UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL D. STORMAN,<br><br>Plaintiff,<br><br>v.<br><br>US OFFICE OF THE SECRETARY OF HEALTH & HUMAN SERVICES,<br><br>Defendant. | No. 2:18-cv-02654-KJM-AC<br><br>ORDER |

The court is in receipt of plaintiff's motion for reasonable accommodation, in which he asks that he be able to communicate with the court exclusively by phone or e-mail, without ever having to appear in person, due to his physical limitations. ECF No. 3. The court will not grant such a blanket order at this early stage, though plaintiff is directed to the undersigned's standing orders, which state:

> TELEPHONIC APPEARANCES: Other than for settlement conferences, telephonic appearances are generally acceptable and do not require motion or written request. Please contact the courtroom deputy at least two days prior to a hearing date to make arrangements for a telephonic appearance.

http://www.caed.uscourts.gov/caednew/assets/File/Judge%20Claire%20Standing%20Orders.pdf.

Thus, plaintiff will generally not need to make a physical appearance when hearings are placed on calendar, though he must inform the courtroom deputy, Valerie Callen, of his intent to appear by

telephone at least two days prior to any hearing. Ms. Callen can be reached at (916) 930-4199. Plaintiff's motion for reasonable accommodation (ECF No. 3) is accordingly DENIED.

IT IS SO ORDERED.

DATED: October 2, 2018

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE