1  McGREGOR W. SCOTT
   United States Attorney
2  CHI SOO KIM
   Assistant United States Attorney
3  Eastern District of California
   501 I Street, Suite 10-100
4  Sacramento, CA  95814-2322
   Telephone:  (916) 554-2700
5  Facsimile:   (916) 554-2900

6  Attorneys for U.S. Office of the
   Secretary of Health and Human Services
7

8  **IN THE UNITED STATES DISTRICT COURT**

9  **EASTERN DISTRICT OF CALIFORNIA**

10

11 MICHAEL D. STORMAN,                             CASE NO. 2:18-CV-02654 KJM-AC

12                 Plaintiff,
                                                  **STIPULATION AND [PROPOSED] ORDER
13         v.                                     FOR AN EXTENSION OF TIME TO RESPOND
                                                  TO THE COMPLAINT**
14 U.S. OFFICE OF THE SECRETARY OF
   HEALTH AND HUMAN SERVICES,
15
                   Defendant.
16

17         Defendant U.S. Office of the Secretary of Health and Human Services, and Plaintiff Michael D.

18 Storman, stipulate and respectfully request to extend the time period for Defendant's response to the

19 Complaint from January 28, 2019 to April 26, 2019.  Defendant requests an extension because due to a

20 backlog of cases, Health and Human Services has informed undersigned defense counsel that the

21 administrative record will not be ready until approximately March 2019.

22         The parties also request that the Status (Pretrial Scheduling) Conference currently set for

23 April 10, 2019 be moved to June 26, 2019 at 10:00 a.m.  Plaintiff requests that his appearance at the

24 Status Conference be telephonic.

25 / / /

26 / / /

27 / / /

28 / / /

|  |  |
|---|---|
| | Respectfully submitted, |
| Dated: December 7, 2018 | McGREGOR W. SCOTT<br>United States Attorney |
| | /s/ *Chi Soo Kim*<br>CHI SOO KIM<br>Assistant U.S. Attorney |
| | Attorneys for Defendant |
| Dated: December 10, 2018 | /s/ *Michael D. Storman*<br>MICHAEL D. STORMAN<br>Plaintiff |

**ORDER**

**IT IS SO ORDERED.**

Dated: December 17, 2018

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

*Storman v. U.S. Office of the Secretary of Health & Human Services*, Case No.18-cv-02654 KJM-AC
STIPULATION AND [PROPOSED] ORDER FOR AN EXTENSION OF TIME TO RESPOND TO THE COMPLAINT

2