# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL D. STORMAN, | No. 2:18-cv-02654 AC |
| Plaintiffs, | |
| v. | ORDER |
| U.S. OFFICE OF THE SECRETARY OF HEALTH & HUMAN SERVICES, | |
| Defendant. | |

This case, in which plaintiff proceeded pro se, was closed on November 13, 2019. ECF No. 31. On December 2, 2019, plaintiff filed a letter notifying the court that opposing counsel treated him rudely during the litigation of this case. ECF No. 32. On December 23, 2019, plaintiff filed another letter complaining of opposing counsel's behavior during the litigation of this case, and asking the court to address the issue. ECF No. 33. Plaintiff is advised that documents filed by plaintiff since the closing date will be disregarded and no orders will issue in response to future filings. Plaintiff's letters at ECF Nos. 32 and 33 will, accordingly, not be considered.

DATED: January 2, 2020

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE